UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 17-6117-DMG (ASx)** | Date October 20, 2017 |

Title *David Vaccaro v. Consolifi, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

      In light of Plaintiff's Notice of Voluntary Dismissal filed on October 19, 2017 [Doc. # 12], the Court hereby **DISMISSES** this action with prejudice as to the individual claims and without prejudice as to the putative class claims pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own costs and fees. The Order to Show Cause dated October 17, 2017 is DISCHARGED. [Doc. # 11.]

IT IS SO ORDERED.